15-1115 at Ault, South Coast Air Quality Management District Petitioner v. Environmental Protection Agency at Ault Ms. Lorenz Arcati, Petitioner SCA QMD 15-1115 Ms. Gange, DOJ, Respondent Mr. Johnson, Environmental Intervention Mr. Johnson, Petitioner SCA QMD 15-1123 Ms. Gange, DOJ, Respondent Mr. Johnson, Petitioner SCA QMD 15-1123 Ms. Lorenz Arcati, Ms. Heather Gange, Justice Department
judges: Garland, Rogers, Sentelle